

# Fourth Court of Appeals
## San Antonio, Texas

March 22, 2018

No. 04-02-00551-CR

Sean Devon **CLARK,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2001-CR-6202
Honorable Mark R. Luitjen, Judge Presiding

# O R D E R

Sean Clark has filed a "Motion for Mandate Issuance" in Appeal No. 04-02-00551-CR. Appellant requests that this Court issue a mandate from the direct appeal in this cause number. Appellant's motion is DENIED AS MOOT. This Court issued a mandate in this cause on March 11, 2005. We direct the Clerk of this Court to send appellant a copy of the mandate issued on March 11, 2005.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court